UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIM DONNELLY, Individually and Behalf of All Those Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> POLYCOM INC. and ANDREW M. MILLER, <br><br> Defendants. | Case No.: 13-CV-03894-LHK <br><br> ORDER RE: NOTICE OF DISMISSAL |

The plaintiff has voluntarily dismissed this case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See* ECF No. 8. Accordingly, the Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: September 10, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge